**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| EMERALD LAKE HILLS, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>ROADGET BUSINESS PTE. LTD.<br><br>Defendant. | Civil Action No. 2:26-cv-00887-JRG<br><br>Jury Trial Demanded |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Emerald Lake Hills, L.L.C. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: October 29, 2026

Respectfully submitted,

*/s/ Darryl J. Adams*

Darryl J. Adams
Texas Bar No. 00796101
Adams IP Law
12600 Hill Country Blvd.
Suite R130-235
Austin, Texas 78738
adamsiplawyers@gmail.com
512-296-3198

Ryan J. Marton (Admitted E.D. Tex.)
ryan@martonribera.com
Joseph Gray (Texas Bar No. 24045970)
joey@martonribera.com
Tecuan Flores (Texas Bar No. 24084569)
tecuan@martonribera.com
Valerie Barker (Texas Bar No. 24087141)
valerie@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP

548 Market Street, Suite 36117
San Francisco, CA 94104
415-360-2514

**CERTIFICATE OF SERVICE**

I certify that on October 29, 2026, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

Dated: October 29, 2026

/s/ *Darryl J. Adams*
Darryl J. Adams