AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

EMERALD LAKE HILLS, L.L.C.

*Plaintiff(s)*

v.

ROADGET BUSINESS PTE. LTD.

*Defendant(s)*

Civil Action No. 2:26-cv-00887

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Roadget Business Pte. Ltd.
12 Marina Boulevard, #15-01
Marina Bay Financial Centre
Singapore 018982

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Darryl Adams
Adams IP Law
12600 Hill Country Blvd.
Suite R130-235
Austin, Texas 78738

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **10/29/2026**

*CLERK OF COURT*

David A. O'Toole

*Signature of Clerk or Deputy Clerk*